

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

FILED.

DATED: 5:33 pm, August 10, 2020

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRANDON CASUTT,<br><br>　　　　Defendant. | Case No. 2:20-mj-666-BNW<br><br>**ORDER TO SEAL** |

Based on the pending Motion of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Motion, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 10th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

FILED.

DATED: 5:32 pm, August 10, 2020

U.S. MAGISTRATE JUDGE

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JAMIE MICKELSON
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6281
5  Email: jamie.mickelson@usdoj.gov

6  ROBERT A. ZINK
   Chief, Fraud Section
7  Criminal Division, U.S. Department of Justice
   WILLIAM E. JOHNSTON
8  Assistant Chief
   1400 New York Ave NW
9  Washington, D.C. 20530
   Telephone: (202) 514-0687
10 Email: william.johnston4@usdoj.gov

11 *Attorneys for the United States*

12
                   UNITED STATES DISTRICT COURT
13                      DISTRICT OF NEVADA

14
15 UNITED STATES OF AMERICA,           Case No. 2:20-mj-666-BNW

16          Plaintiff,                  MOTION TO SEAL COMPLAINT

17     v.                               (Filed Under Seal)

18 BRANDON CASUTT,

19          Defendant.

20

21       COMES NOW the United States of America, by and through Nicholas A. Trutanich,

22 United States Attorney, and Jamie Mickelson, Assistant United States Attorney, respectfully

23 moves this Honorable Court for an Order sealing the Complaint, in the above-captioned matter,

24 until such time as this Honorable Court, or another Court of competent jurisdiction, shall order

otherwise.

As set forth in the Complaint, this is an ongoing criminal investigation into violations of Title 18, United States Code, Section 1014 (False Statements to a Financial Institution); Title 18, United States Code, Section 1343 (Wire Fraud); Title 18, United States Code, Section 1344 (Bank Fraud); Title 18, United States Code, Section 1956(h) (Conspiracy to Launder Monetary Instruments); Title 18, United States Code, Section 1956(a)(1)(B)(i) (Money Laundering to Control the Nature, Source, Location, ownership, or Control of Proceeds); and Title 18, United States Code, Section 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity. The investigation is not known to targets of the investigation, and defendant Brandon Casutt is not yet in custody. Disclosure of the investigation may jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

To facilitate Casutt's arrest, the Government respectfully requests that this Court grant the Government's motion and seal the Complaint in this case, as well as this Motion and the Court's Order on this Motion.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

JAMIE MICKELSON
Assistant United States Attorney