NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
JAMIE MICKELSON
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:20-cr-00231-APG-NJK |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| BRANDON CASUTT ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Mariah Bassler-Wide</u>, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 29th day of September, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By   /S/                       .
     JAMIE MICKELSON
     Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Brandon Casutt　　　　　　　　　　　　　　　Docket No.  2:20-cr-00231-APG-NJK

Petition for Action on Conditions of Pretrial Release

　　　COMES NOW MARIAH BASSLERR-WIDE, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the defendant, Brandon Casutt, who was placed under Pretrial Services supervision by U.S. Magistrate Judge Elayna J. Youchah on August 25, 2020, on a personal recognizance bond, with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
   Travel is restricted to Clark County, NV unless preapproved by Pretrial Services.
5. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: list to be provided by the government with the exception of wife and children.
8. The defendant shall not obtain new bank accounts or lines of credit.
9. The defendant shall disclose financial information as directed by Pretrial Services or the supervising officer.
10. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
11. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant has received the passport he applied for prior to his arrest.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE THAT THE DEFENDANT SHALL SURRENDER ANY PASSPORT AND/OR PASSPORT CARD TO U.S. PRETRIAL SERVICES OR THE SUPERVISING OFFICER.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 29th day of September, 2020 and ordered filed and made a part of the records in the above case. | Executed on this 29th day of September, 2020. |

Respectfully Submitted,

_____
Honorable Elayna J. Youchah
U.S. Magistrate Judge

EO _____
Mariah Bassler-Wide
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada