# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRANDON CASUTT,<br><br>　　　　　　Defendant. | Case No.: 2:20-cr-00231-APG-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 38) |

　　　　Pending before the Court is Defendant Brandon Casutt's motion to dismiss counsel and appoint new counsel. Docket No. 38.

　　　　IT IS HEREBY ORDERED that the Court sets a hearing on this motion for March 15, 2021, at 10:00 a.m.

　　　　IT IS FURTHER ORDERED that, pursuant to General Order 2020-05 and the orders extending it, this hearing will be a video hearing.

　　　　IT IS FURTHER ORDERED that, no later than March 11, 2021, counsel must contact the Court's Courtroom Administrator at Ari_Caytuero@nvd.uscourts.gov with information on how counsel will participate in the video conference. If counsel will be appearing using their own digital equipment, they must confirm with the Courtroom Administrator that their equipment is working and provide their e-mail addresses to receive the video-conference invitation. Counsel must also provide their phone numbers in the event of any technical difficulties. Counsel for defendant must provide the e-mail address and phone number for Defendant. If counsel prefer to appear telephonically, they must so inform the Courtroom Administrator. Counsel may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing,

1

the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS FURTHER ORDERED that the following Video Conference Instructions shall be complied with at all times:

- Log on to the call ten minutes before the scheduled hearing time.
- Mute your sound after checking in with the Courtroom Administrator.
- Do not talk over anyone.
- State your name for the record each time you begin to speak.
- Do not allow other people on your video screen.
- Do not allow other people to move in the background of your video screen.
- Do not record the hearing.
- Do not forward any video-conference invitations.
- Unauthorized users on the video conference will be removed.

IT IS FURTHER ORDERED that members of the public may access and listen to the hearing by calling 877-402-9757 and entering access code 6791056, no later than five minutes before the scheduled hearing start time. All members of the public must have their own phones on mute throughout the hearing and are not allowed to speak or disrupt the hearing.

Anyone granted remote access to a proceeding is reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

IT IS SO ORDERED.

DATED: March 9, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE