# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>v.<br>BRANDON CASUTT,<br>     Defendant. | Case No. 2:20-cr-00231-APG-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant Brandon Casutt's motion to suppress evidence and statements. Docket No. 48. The Court hereby **SETS** an evidentiary hearing on this motion for November 8, 2021 at 10:00 a.m., in Courtroom 4A. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists). Defendant and all counsel are required to be present at the hearing in person.

IT IS SO ORDERED.

Dated: October 26, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE