# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00231-APG-NJK |
| Plaintiff, | |
| v. | ORDER |
| BRANDON CASUTT | |
| Defendant. | |

## FINDINGS OF FACT

Based upon the Stipulation of counsel and good cause, the Court finds that:

1. Counsel have calendar conflicts for the scheduled evidentiary hearing date.

2. The additional time requested is not requested for purposes of delay, and does not unnecessarily delay this proceeding.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

## ORDER

IT IS THEREFORE ORDERED that the hearing currently set for November 8, 2021, at 10:00 a.m., is vacated and continued to November 29, 2021, at 10:00 a.m., in Courtroom 4A.

IT IS SO ORDERED.

DATED November 1, 2021.

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE