CHRISTOPHER CHIOU
Nevada Bar No. 14853
Acting United States Attorney
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
eric.schmale@usdoj.gov

JOSEPH BEEMSTERBOER
Acting Chief, Fraud Section
SARA HALLMARK
Trial Attorney
Department of Justice
Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20005
sara.hallmark2@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:20-cr-231-AGP-NJK |
| Plaintiff, | **STIPULATION REGARDING PROTECTIVE ORDER** |
| v. | |
| BRANDON CASUTT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney; Eric Schmale, Assistant United States Attorney; Sara Hallmark, Trial Attorney, Fraud Section; and Rene L. Valladares, Federal Public Defender, and Maggie Lambrose, Assistant Federal Public Defender, counsel for the defendant Brandon Casutt, that the Court enter the attached proposed protective order

regarding the government's concurrently filed under seal Motion in Limine to Limit Cross Examination, related discovery provided regarding the Motion in Limine, any response or reply briefing, and any exhibits thereto, (collectively, the "Protected Motion in Limine Materials"), provided to the defense.

This Stipulation is entered into for the following reasons:

1. The government is providing the defense with sensitive non-public discovery materials relating to an expected government trial witness;

2. The government is filing a sealed motion in limine to limit cross examination with regards to these discovery materials and the expected government trial witness;

3. The parties agree that all such Protected Motion in Limine Materials should remain confidential and be treated in accordance with the procedures in the attached proposed protective order.

DATED this 17th day of March, 2022.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Maggie Lambrose<br>MAGGIE LAMBROSE<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>Anthony Uvari | /s/ Eric Schmale<br>SARA HALLMARK<br>Trial Attorney, Fraud Section<br>ERIC C. SCHMALE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRANDON CASUTT,<br><br>  Defendant. | Case No.: 2:20-cr-231-AGP-NJK<br><br>**PROTECTIVE ORDER** |

IT IS HEREBY ORDERED that the following protective measures shall apply with respect to information in the government's concurrently filed Motion in Limine to Limit Cross Examination, related discovery provided to the defense regarding the Motion in Limine, any response or reply briefing, and any exhibits (the "Protected Materials"):

   1.   Access to the Protected Materials shall be restricted to the following individuals: the named defendant, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorney's duties in the prosecution or defense of this case, including investigators, paralegals, retained experts, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

   2.   The Covered Individuals shall be advised of the Protective Order, and, without leave of Court, the Covered Individuals shall not:

   a.   make copies for, or allow copies of any kind to be made by any other person of the Protected Documents in this case;

   b.   allow any other person to read or review the Protected Materials in this case;

   c.   use the Protected Materials for any purpose other than litigating the charges in this case; or

      d.    attach any Protected Materials to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal or properly compliant with LR IC 6-1.

      3.    Nothing in this stipulation is intended to restrict the Covered Individuals from discussing the content of the Protected Materials with the defendant.

      4.    The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

      5.    The parties further agree that this protective order shall be filed under seal because it discusses matters filed under seal.

      IT IS SO ORDERED.

      DATED this __26th__ day of March, 2022.

                                    HONORABLE ANDREW GORDON
                                    UNITED STATES DISTRICT COURT JUDGE