**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>BRANDON CASUTT,<br><br>　　　　Defendant | Case No.: 2:20-cr-00231-APG-NJK<br><br>**Order Granting Government's Motion in Limine Regarding Admissibility of Additional Uncharged Loan Applications**<br><br>[ECF No. 98] |

　　　　The government moves for a pretrial ruling that it may offer evidence regarding defendant Brandon Casutt's submission of two additional uncharged, allegedly fraudulent loan applications. ECF No. 98.  I previously granted the government's prior motion regarding similar loan applications. ECF Nos. 74, 108.

　　　　These loan application are admissible as direct evidence of Casutt's alleged overall scheme.  And they are inextricably intertwined with the acts forming the basis for the indictment. They are also admissible under Federal Rule of Evidence 404(b) because they are offered to show Casutt's intent, plan, and knowledge of how to carry out the scheme; they are not remote in time; there is sufficient evidence that Casutt prepared and submitted these applications; and they are very similar to the charged conduct.  Finally, the probative value of the evidence is significant and is not substantially outweighed by its prejudicial effect. Fed. R. Evid. 403.  I therefore grant the motion and will allow the government to offer this evidence at trial, provided a sufficient foundation is laid.

　　　　Dated:  May 16, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE