RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Brandon Casutt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRANDON CASUTT,<br><br>                    Defendant. | Case No. 2:20-cr-00231-APG-NJK<br><br>**STIPULATION TO CONTINUE**<br>**EXPERT REPORT DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Sara Hallmark, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Brandon Casutt, that the expert report currently due on June 13, 2022, be continued to June 16, 2022.

This Stipulation is entered into for the following reasons:

1.      The original expert the defense planned to use for this report was diagnosed with COVID-19 and unable to complete the work within the timeframe

required.  The defense has retained another expert who is on track for a prompt disclosure.  However, due to these unforeseen circumstances the defense requires a very short extension of the expert report deadline.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the expert report deadline.

DATED this 6th day of June, 2022.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

*/s/ Margaret W. Lambrose*
By_____

MARGARET W. LAMBROSE
Assistant Federal Public Defender

*/s/ Sara Hallmark*
By_____

SARA HALLMARK
Trial Attorney, Department of Justice

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,

Case No. 2:20-cr-00231-APG-NJK

Plaintiff,

5

**ORDER**

6

v.

7

BRANDON CASUTT,

8

Defendant.

9

10

      IT IS THEREFORE ORDERED that the expert report currently due for

11

Monday, June 13, 2022 be vacated and continued to June 16, 2022.

12

      DATED this <u>7th</u> day of June, 2022.

13

14

_____

15

UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

3