# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRANDON CASUTT,<br><br>    Defendant | Case No.: 2:20-cr-00231-APG-NJK<br><br>**Order** |

Defendant Brandon Casutt has requested a copy of the sealed portion of the transcript from the May 2, 2022 hearing on the motion to continue.

I THEREFORE ORDER that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript to Margaret W. Lambrose with the Office of the Federal Public Defender.

I FURTHER ORDER that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk under 28 U.S.C. § 753(b).

I FURTHER ORDER that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

Dated: June 22, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE