JASON M. FRIERSON
Nevada Bar No. 7709
United States Attorney
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
eric.schmale@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
SARA HALLMARK
Trial Attorney
Department of Justice
Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20005
sara.hallmark2@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-231-APG-NJK |
| Plaintiff, | **STIPULATION REGARDING FEDERALLY INSURED STATUS OF FINANCIAL INSTITUTIONS** |
| v. | |
| BRANDON CASUTT, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and Defendant Brandon Casutt, through counsel Maggie Lambrose, Esq., and Rebecca Levy, Esq., hereby agree and stipulate as follows:

Wells Fargo Bank, N.A. and US Bank National Association were financial institutions insured by the Federal Deposit Insurance Corporation on all dates relevant to the Indictment in this case.

**ON BEHALF OF THE DEFENDANT**

**Brandon Casutt**

By: /s/Maggie Lambrose          Dated: 9/21/2022
Maggie Lambrose, Esq.
Rebecca Levy, Esq.
*Counsel for Defendant Brandon Casutt*

**ON BEHALF OF THE GOVERNMENT**

**Glenn S. Leon**
Chief, Fraud Section
Criminal Division
United States Department of Justice

**Jason M. Frierson**
United States Attorney

By: /s/Sara Hallmark          Dated: 9/21/2022
Sara A. Hallmark
Trial Attorney, Fraud Section
Eric Schmale
Assistant United States Attorney

IT IS SO ORDERED:

Dated: September 28, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE