JASON M. FRIERSON
Nevada Bar No. 7709
United States Attorney
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
eric.schmale@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
SARA HALLMARK
Trial Attorney
Department of Justice
Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20005
sara.hallmark2@usdoj.gov

*Counsel for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON CASUTT,<br><br>Defendant. | 2:20-cr-231-APG-NJK<br><br>**STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY OF GOVERNMENT EXHIBITS** |

The United States of America, by and through its undersigned counsel, and Defendant Brandon Casutt, through counsel Maggie Lambrose, Esq., and Rebecca Levy, Esq., hereby agree and stipulate as follows:

The bates stamped documents and records previously provided in discovery and listed below are authentic duplicates and constitute records of regularly conducted activity

under Federal Rules of Evidence 901, 902, 803(6), 803(7), 803(8), and 1003. As such, the parties stipulate that these documents and records are admissible without additional seals, certifications, testimony regarding authentication, or additional foundational testimony from a records custodian. The parties reserve the right to challenge admissibility of the evidence on any other grounds, including relevance.

1. Bank records from Wells Fargo Bank (bates numbered 001681-1708, 001711-002186, 002189-002250, 002268-002369, 002390-002425);

2. Bank records from US Bank (US Bank bates numbered USBI861-01-0000001-USBI861-01-0000077; USB5007-01-0000001-USB5007-01-0000052; USB1861-02-0000001-USB1861-02-0000016; USB1861-03-0000001, USB20231-01-0000001 – USB20231-01-0000022, USB20231-02-0000001 – USB20231-02-0000003);

3. Records from Cox Communications, Inc. (bates numbered 000012 – 000024, 000040 – 000045);

4. Records from Lawyer's Title of Nevada Inc. (000453 – 001386);

5. Records from the Nevada Department of Employment, Training, Rehabilitation (bates numbered 001387, 001403 – 001413);

6. Records from the Internal Revenue Service (bates numbered 000250 – 000251, 012295 – 012357); and

7. Records from the Federal Deposit Insurance Corporation.

**ON BEHALF OF THE DEFENDANT**

**Brandon Casutt**

By: /s/Maggie Lambrose                              Dated:      9/27/2022
Maggie Lambrose, Esq.
Rebecca Levy, Esq.
*Counsel for Defendant Brandon Casutt*

**ON BEHALF OF THE GOVERNMENT**

**Glenn Leon**
Chief, Fraud Section
Criminal Division
United States Department of Justice

**Jason Frierson**
United States Attorney

By: /s/Sara Hallmark                                Dated:      9/27/2022
Sara A. Hallmark
Trial Attorney, Fraud Section
Eric Schmale
Assistant United States Attorney


IT IS SO ORDERED:

Dated: September 28, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE