# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-231-APG-NJK |
| Plaintiff, | **Order Granting Motion to Prevent Foreclosure** |
| v. | |
| BRANDON CASUTT, | |
| Defendant. | |

The United States of America moved to prevent non-party The Village of Silver Springs Community Association from foreclosing its lien against forfeitable real property. ECF No. 157. The motion was served upon The Village of Silver Springs Community Association, ECF No. ___. The motion is supported by good cause.

I THEREFORE ORDER that The Village of Silver Springs Community Association may not foreclose upon any lien encumbering the forfeitable real property located at 1924 Coralino Drive, Henderson, Nevada 89074 (APN 178-17-514-002) absent further order of this court.

DATED: ___November 29___, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE