RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Brandon Casutt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON CASUTT,<br><br>　　　　Defendant. | Case No. 2:20-cr-00231-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, and Sara A. Hallmark, Trial Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, and Rebecca A. Levy, Assistant Federal Public Defenders, counsel for Brandon Casutt, that the Sentencing Hearing currently scheduled on January 18, 2023 at 1:30 p.m., be vacated and continued to February 8, 2023 at 9:00 a.m.

　　　This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare Mr. Casutt's mitigation submission.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 11th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Eric C. Schmale*<br>By_____<br>ERIC C. SCHMALE<br>Assistant United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Sara A. Hallmark*<br>By_____<br>SARA A. HALLMARK<br>Trial Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00231-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON CASUTT, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 18, 2023 at 1:30 p.m., be vacated and continued to Wednesday, February 8, 2023 at 9:00 a.m.

DATED this 12th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE