```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


UNITED STATES OF AMERICA,     )  CASE NO. 2:20-cr-00231-APG-NJK
                              )
               Plaintiff,     )
                              )
     vs.                      )
                              )
BRANDON CASUTT,               )  ORDER TEMPORARILY
                              )    UNSEALING NOTES
               Defendant.     )
_____)
```

On February 9, 2023, Paige Christian, Court Reporter, received a Transcript Order form requesting a transcript of the Motion Hearing, held on January 18, 2023, from Christopher Mishler, CJA, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Christopher Mishler, CJA.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the defendant.

DATED this 10th day of February, 2023.

_____
Andrew P. Gordon, U.S. District Judge