CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Brandon Casutt*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-231-APG-NJK |
| Plaintiff, | **MOTION TO APPOINT CO-COUNSEL** |
| vs. | |
| BRANDON CASUTT, | |
| Defendant. | |

Defendant Brandon Casutt respectfully asks the Court to appoint Mr. William H. Brown as co-counsel. The nature and time-constraints of this case are such that the interests of justice require appointment of co-counsel and Mr. Brown (current counsel's law partner) is well suited to serve that role.

1

...

This motion is made and based upon *Guide to Judicial Policies and Procedures*, Vol 7, Ch 2 § 230.53.20(b), the attached memorandum of points and authorities, the pleadings and papers on file herein, and any argument to be entertained by the Court.

Dated: March 21, 2023

Respectfully submitted,

By: /s/ *Christopher S. Mishler*
CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Brandon Casutt*

# MEMORANDUM OF
# POINTS AND AUTHORITIES

## A. BACKGROUND

This is a case in which the government asserts the Defendant engaged in a bank fraud, wire fraud, false statement to a financial institution, and money laundering/concealment.[1] The case was originally set for trial, but on the eve of trial Defendant entered a guilty plea pursuant to a plea agreement.[2] Prior to the sentencing date, Defendant filed a *pro per* motion to replace counsel and to withdraw his guilty plea.[3] Following a hearing on the issue raised in that motion, the Court determined that new counsel should be appointed to represent Defendant going forward.[4] Finally at a status hearing on the issue of the outstanding motion to withdraw plea, the court deemed the *pro per* motion to withdraw his plea, to be withdrawn, and set a deadline to file a new motion through counsel of June 20, 2023.[5]

As the Court is aware from the most recent hearing, counsel for Defendant has a lengthy trial before Judge Navarro that will limit his ability

---

[1] *See* EFC No. 12.

[2] *See* ECF No. 151, 153.

[3] *See* ECF No. 170.

[4] *See* ECF No. 175.

[5] *See* ECF No. 182.

3

to digest the discovery in the present case in a timely manner. In addition, this case contains a sufficiently large amount of discovery that when counsel raised the issue at the March 1, 2023 hearing, a proposed solution of adding co-counsel to assist present counsel. This addition would allow for the complete review of discovery and researching/drafting a motion to withdraw plea in accordance with the Court's shortened deadline of June 30, 2023. In addition, this will allow current counsel and proposed additional co-counsel to most efficiently prepare for trial in the event that the motion is successful, as there would be a shortened timeline for trial prep if such a motion were granted.

### B. APPOINTMENT OF CO-COUNSEL

This case warrants the appointment of co-counsel because it is on a shortened timeline and has more discovery than a single attorney can review in the hours available to do so before the Courts deadline of June 30, 2023.

"In an extremely difficult case where the court finds it in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the CJA" *Guide to Judicial Policies and Procedures*, Vol 7, Ch 2 § 230.53.20. Additionally, the Guide provides that the Court's order must include a finding that "the appointment of an additional attorney in a difficult case was necessary and in the interests of justice." § 230.53.20 (b).

4

This case involves a substantial amount of discovery (including bank records, loan applications, transcripts from previous hearings, three digital forensic images, and many witnesses which would need to be interviewed).

The defense has conferred with CJA Resource Counsel, who agrees, and recommends appointment of co-counsel. When the issue was raised with Judge Gordon, he acknowledged that he would look favorably upon such appointment in this case to assist current counsel.

The defense's preferred co-counsel, Mr. Brown, is current defense counsel's law partner, a member of the CJA panel, and has conducted many federal criminal trials including one with current counsel *United States v. Thayer* and was instrumental in securing an acquittal at trial on three out of five fraud charges. *See* 2:21-cr-53 ECF No. 116 (verdict). Mr. Brown is capable, well-qualified, acknowledges the shortened timeframe for discovery review, and is willing to assume co-counsel duties in this case.

For all these reasons, the defense respectfully asks that the Court enter an order appointing Mr. Brown co-counsel for Mr. Casutt.

Dated: March 21, 2023

Respectfully submitted,

By: /s/ *Christopher S. Mishler*
 CHRISTOPHER S. MISHLER, ESQ. (14402)
 BROWN MISHLER, PLLC
 *Attorney for Defendant*
 *Brandon Casutt*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of BROWN MISHLER, PLLC, and that on this date I e-filed and e-served, via the Court's CM/ECF filing system, the foregoing **MOTION TO APPOINT CO-COUNSEL** to the parties of record.

Date: March 21, 2023 By:

/s/ *Christopher Mishler*
Employee of BROWN MISHLER, PLLC

CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Brandon Casutt*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON CASUTT,<br><br>Defendant. | 2:20-cr-231-APG-NJK<br><br>**[PROPOSED]<br>ORDER TO APPOINT<br>CO-COUNSEL** |

Counsel for defendant Brandon Casutt has moved for an order appointing co-counsel in this case. The motion seeking appointment of co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed co-counsel is William H. Brown, who is current counsel's law partner, a member of the CJA panel, and was previously appointed co-counsel in *United States v. Perez* (2:16-cr-62-LRH-EJY).

As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judicial Policies and Procedures, the Court finds that the appointment of an

7

additional attorney in this difficult case is necessary and is in the interests of justice.

GOOD CAUSE APPEARING, it is hereby ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney William H. Brown as co-counsel for defendant Brandon Casutt.

IT IS SO ORDERED.

DATED this 22nd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES DISTRICT JUDGE