**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-231-APG-NJK |
| Plaintiff, | **Order Granting Motion to Prevent Transfer of Deed** |
| v. | |
| BRANDON CASUTT, | |
| Defendant. | |

The United States of America moved to prevent non-party Clark County Treasurer from transferring the deed of forfeitable real property to itself as Trustee for the state and county. ECF No. 185. The motion was served upon Clark County entities, including the Clark County Treasurer, ECF No. 186. The motion is supported by good cause.

IT IS THEREFORE ORDERED that the Clark County Treasurer is prohibited from transferring the deed of forfeitable real property located at 1924 Coralino Drive, Henderson, Nevada 89074 (APN 178-17-514-002) absent further order of this court.

DATED: __May 18__, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE