CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Brandon Casutt*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRANDON CASUTT,<br><br>  Defendant. | 2:20-cr-231-APG-NJK<br><br>**ORDER ALLOWING WITHDRAWAL AS COUNSEL OF RECORD** |

Counsel for defendant Brandon Casutt (Christopher S. Mishler and William H. Brown) has moved without opposition for an order allowing them to withdraw as counsel of record for Mr. Casutt. At sentencing, the Court indicated it would grant this request once a notice of appeal was filed on Mr. Casutt's behalf, which occurred on October 13, 2023. *See* ECF No. 214.

GOOD CAUSE APPEARING, it is hereby ORDERED that (1) Mr. Mishler and Mr. Brown are hereby allowed to withdraw as counsel of record for Mr. Casutt, and (2) the Clerk of the Court shall notify the CJA appointing

4

authority for the District of Nevada regarding the appointment of appellate counsel for Mr. Casutt.

IT IS SO ORDERED.

DATED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

5