**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-231-APG-NJK |
| Plaintiff, | **Amended Final Order of Forfeiture** |
| v. | |
| BRANDON CASUTT, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p) based upon the plea of guilty by Brandon Casutt to the criminal offenses, forfeiting the property and imposing in personam criminal forfeiture money judgments set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Brandon Casutt pled guilty. Criminal Indictment, ECF No. 12; Change of Plea, ECF No. 151; Plea Agreement, ECF Nos. 152, 154; Preliminary Order of Forfeiture, ECF No. 156.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amounts of $509,675 for wire fraud and $359,900 for concealment money laundering comply with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v.*

*Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 21, 2022, through November 19, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 165-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 164; Notice of Filing Service of Process – Additional Mailing, ECF No. 168; Notice of Filing Service of Process – Personal Service, ECF No. 174.

On November 3, 2022, the United States Attorney's Office served Cross River Bank, Attn: Legal Department, at 400 Kelby St. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 164-1, p. 3-16. Cross River Bank had actual notice.

On November 3, 2022, the United States Attorney's Office served Cross River Bank, Attn: Legal Department, at 2115 Linwood Ave. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 164-1, p. 3-13, 17-18. Cross River Bank had actual notice.

On November 3, 2022, the United States Attorney's Office served Debra March, City of Henderson Mayor, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 164-1, p. 3-13, 19-20.

On November 3, 2022, the United States Attorney's Office served Skyler's C. F. Foundation, Inc., c/o Seann T. Spradling, Secretary, at High Ridge, MO, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 164-1, p. 3-13, 21-22.

On November 3, 2022, the United States Attorney's Office served and attempted to serve Skyler's C. F. Foundation, Inc., c/o Seann T. Spradling, Secretary, at Inperial, MA, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was not delivered. The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF No. 164-1, p. 3-13, 23-25.

On November 3, 2022, the United States Attorney's Office served Small Business Administration, c/o Legal Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 164-1, p. 3-13, 26-28.

On December 14, 2022, the United States Attorney's Office served Zachary Casutt at 3036 Woodland Pine Dr. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Additional Mailing, ECF No. 168-1, p. 3-16.

On December 14, 2022, the United States Attorney's Office served and attempted to serve Zachary Casutt at 10309 Toasted Acorn Dr. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Additional Mailing, ECF No. 168-1, p. 3-13, 17-19.

On December 14, 2022, the United States Attorney's Office attempted to serve Zachary Casutt at 4175 Cameron St., Ste C, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as attempted, not known and unable to forward. Notice of Filing Service of Process – Additional Mailing, ECF No. 168-1, p. 3-13, 20-22.

On December 14, 2022, the United States Attorney's Office served and attempted to serve Zachary Casutt at 10108 Sunset Palisades Way, Unit 102, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as insufficient address and unable to forward. The regular mail was not

/ / /

returned. Notice of Filing Service of Process – Additional Mailing, ECF No. 168-1, p. 3-13, 23-25.

On December 14, 2022, the United States Attorney's Office attempted to serve Zachary Casutt at 45 Maleena Mesa St., Apt. 1122, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Additional Mailing, ECF No. 168-1, p. 3-13, 26-28.

On December 14, 2022, the United States Attorney's Office served and attempted to serve Zachary Casutt at 5727 Christchurch Ave. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned to sender. The regular mail has not returned. Notice of Filing Service of Process – Additional Mailing, ECF No. 168-1, p. 3-13, 29-32.

On October 26, 2022, the Internal Revenue Service-CI personally served The Village of Silver Springs Community Association with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Brandon Wood, Chief Legal Officer. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 3, 39-49.

On October 27, 2022, the Internal Revenue Service-CI personally served The Village of Silver Springs Community Association, c/o Jon Copeland, President, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Isabella Ruff, Supervising Community Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 4, 39-49.

On October 27, 2022, the Internal Revenue Service-CI personally served The Village of Silver Springs Community Association, c/o Jonathan Jorgenson, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Isabella Ruff, Supervising Community Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 5, 39-49.

On October 27, 2022, the Internal Revenue Service-CI personally served The Village of Silver Springs Community Association, c/o Scott Wilcox, Treasurer, with copies of the

Preliminary Order of Forfeiture and the Notice. Service was accepted by Isabella Ruff, Supervising Community Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 6, 39-49.

On October 27, 2022, the Internal Revenue Service-CI personally served The Village of Silver Springs Association, c/o Taylor Association Management, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Joseph Venture, Office Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 7, 39-49.

On November 4, 2022, the Internal Revenue Service-CI personally served Steve B. Wolfson, Clark County District Attorney, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Bailey Brighthill, Office Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 8, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Debbie Conway, Clark County Recorder, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 9, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served John Entsminger, General Manager, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Daisy Hammersley, Legal Secretary. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 10, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Laura B. Fitzpatrick, Clark County Treasurer, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 11, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Lynn Goya, Clark County Clerk, Clark County Water Reclamation Dist., Commission Division, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by

Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 12, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Lynn Goya, Clark County Clerk, Commission Division, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 13, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Lynn Goya, Clark County Clerk, Clark County Board of Commissioners, Commission Division, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 14, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Briana Johnson, Clark County Assessor, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 15, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Marilyn Kirkpatrick, Commissioner & Chairperson with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Birtha Gariano, Public Services Specialist. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 16, 39-49.

On November 8, 2022, the Internal Revenue Service-CI personally served Gregory J. Walch, General Counsel, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Daisy Hammersley, Legal Secretary. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 17, 39-49.

On November 9, 2022, the Internal Revenue Service-CI personally served Small Business Administration, c/o Saul Ramos, Director, with copies of the Preliminary Order of

Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 18, 39-49.

On November 10, 2022, the Internal Revenue Service-CI personally served Debra March, City of Henderson Mayor, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Amy Johnson, Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 19, 39-49.

On November 10, 2022, the Internal Revenue Service-CI personally served Priscilla E. Howell, Director of Utility Services, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Amy Johnson, Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 20, 39-49.

On November 10, 2022, the Internal Revenue Service-CI personally served Jose Luis Valdez, City of Henderson Clerk, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Amy Johnson, Manager. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 21, 39-49.

On November 10, 2022, the Internal Revenue Service-CI personally served Nicholas Vaskov, City of Henderson Attorney, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Michael Oh, Assistant City Attorney. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 22, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Mandi Casutt with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 23, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Mitchell Casutt with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 24, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Nana Casutt with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Brandon Casutt. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 25, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Sky Design c/o Brandon Casutt with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 26, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Sky Design c/o Nana Casutt with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Brandon Casutt. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 27, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Skyler's C.F. Foundation, Inc., c/o Brandon J. Casutt, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 28-29, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Skyler's C.F. Foundation, Inc., c/o Mitchell Kent Casutt, President, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 30, 39-49.

On November 15, 2022, the Internal Revenue Service-CI personally served Skyler's C.F. Foundation, Inc., c/o Nana Casutt, Director, with copies of the Preliminary Order of Forfeiture and the Notice. Service was accepted by Brandon Casutt. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 31, 39-49.

On November 23, 2022, the Internal Revenue Service-CI personally served Skyler's C.F. Foundation, Inc., c/o Seann T. Spradling, Secretary, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 32, 39-49.

The Internal Revenue Service-CI attempted to personally serve Skyler's C.F. Foundation Inc., c/o Zachary B. Casutt, Director, with copies of the Preliminary Order of Forfeiture and the Notice. They were unable to locate him. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 34-35, 39-49.

/ / /

The Internal Revenue Service-CI attempted to personally serve Zachary Casutt with copies of the Preliminary Order of Forfeiture and the Notice. They were unable to locate him. Notice of Filing Service of Process – Personal Service, ECF No. 174-1, p. 36-49.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $8,076.60;

2. $10,794.58;

3. $59,965;

4. $11,600.43; and

5. 1924 Coralino Drive, Henderson, Nevada 89074, more particularly
   described as:

PARCEL I:

LOT TWO (2) IN BLOCK TWO (2) OF SILVER MILL – PHASE 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 47 OF PLATS, PAGE 8, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, AND SUCH OTHER PURPOSES AS ARE REASONABLY NECESSARY FOR THE USE AND ENJOYMENT OF SAID LAND, AS THE SAME ARE SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED NOVEMBER 25, 1987 IN BOOK 871125 OF OFFICIAL RECORDS AS DOCUMENT NO. 00480 AND AS THE SAME ARE SUBSEQUENTLY AMENDED FROM TIME TO TIME, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 178-17-514-002

(all of which constitutes property); and

that the United States recover from Brandon Casutt the in personam criminal forfeiture money judgments of $509,675 for wire fraud and $359,900 for concealment

9

money laundering with the total collected money judgment amount not to exceed $509,675 under the forfeiture statutes, and the property will be applied toward the payment of the money judgments; and

the forfeiture of the money judgments and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(n)(7) and 853(p); that the money judgments shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property are extinguished and are not recognized for the following individuals and entities:

1. Skyler's C. F. Foundation, Inc., and all officers including Brandon Casutt, Mitchell Kent Casutt, Nana Casutt, Seann T. Spradling, and Zachary Casutt;

2. The Casutt family, including Brandon Casutt, Nana Casutt, Zachary Casutt, Madi Casutt, and Mitchell Casutt;

3. The Village of Silver Springs Community Association;

4. City of Henderson, including City of Henderson Mayor, City of Henderson Utility Services, City of Henderson Clerk, and City of Henderson Attorney;

5. Clark County, Nevada, including the following offices and officers, Clark County District Attorney, Clark County Treasurer, Clark County Recorder, Clark County Clerk, Clark County Water District, Clark County Commissioner, Clark County Board of Commissioners, and Clark County Assessor;

6. Sky Design;

7. Cross River Bank;

8. Small Business Administration; and

9. Southern Nevada Water Authority.

1  |  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United

2  |  States may market the property notwithstanding Skyler C. F. Foundation's name on the

3  |  deed and the title company shall provide clear title on behalf of the United States for the sale

4  |  of the forfeited property.

5  |  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

6  |  forfeited funds, including but not limited to, currency, currency equivalents, certificates of

7  |  deposit, as well as any income derived as a result of the government's management of any

8  |  property forfeited herein, and the proceeds from the sale of any forfeited property shall be

9  |  disposed of according to law.

10  |  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

11  |  copies of this Order to all counsel of record and three certified copies to the United States

12  |  Attorney's Office, Attention Asset Forfeiture Unit.

13  |  DATED ___October 30_____, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE