```
                  UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             ) Case No. 2:20-cr-00231-APG-NJK
              Plaintiff,     )
     vs.                     ) ORDER TEMPORARILY
                             ) UNSEALING NOTES
BRANDON CASUTT,              )
                             )
              Defendant.     )
```

On Monday, October 23, 2023, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the Attorney Appointment Hearing, held on September 24, 2020, from Mark Eibert, Esq., in which a part of the proceeding was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed notes shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mark Eibert, Esq.

**IT IS FURTHER ORDERED** that the sealed notes shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this __15th__ day of __December__, 2023.

                                          _____
                                          Elayna Youchah
                                          United States Magistrate Judge