```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             ) Case No. 2:20-cr-00231-APG-NJK
            Plaintiff,       )
      vs.                    ) ORDER TEMPORARILY
                             ) UNSEALING NOTES
BRANDON CASUTT,              )
                             )
            Defendant.       )
```

On Monday, October 23, 2023, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the Attorney Appointment Hearing, held on March 15, 2021, from Mark Eibert, Esq., in which a part of the proceeding was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed notes shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mark Eibert, Esq.

**IT IS FURTHER ORDERED** that the sealed notes shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 15th of December, 2023.

_____
Nancy J. Koppe
United States Magistrate Judge