**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON CASUTT,

    Defendants.

2:20-cr-00231-APG-NJK

**ORDER**

This matter comes before the Court on the Motion to Withdraw William Johnston's appearance as counsel for the United States of America. Upon consideration, the Court grants the motion.

IT IS THEREFORE ORDERED that the appearance of William Johnston in the above-referenced case is withdrawn, and the Clerk's Office is instructed to remove Mr. Johnston's email address from the CM/ECF electronic service list.

DATES this  23rd  day of  February, 2024.

_____
HONORABLE ANDREW GORDON
UNITED STATES DISTRICT COURT JUDGE