# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00231-APG-NJK |
| Plaintiff | **Order Denying Motion to Seal** |
| v. | [ECF No. 256] |
| BRANDON CASUTT, | |
| Defendant | |

The United States moves to seal exhibits attached to its motion to sell property. ECF No. 256. But the United States fails to offer any reasons to seal, other than "there are no parties to serve." *Id*. at 1. And the sealed Declaration of Mr. Hollingsworth (ECF No. 255 at 3) likewise offers no reason to seal.

I THEREFORE DENY the United States' motion to seal without prejudice to file a new motion offering sufficient reasons. If no new motion is filed by December 2, 2024, the sealed exhibits will be unsealed.

Dated: November 11, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE