SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON CASUTT,<br><br>    Defendant. | 2:20-CR-231-APG-NJK<br><br>**United States of America's Motion for this Court to Accept Sale Price for 1924 Coralino Drive, Henderson, Nevada 89074** |

The United States moves this Court to approve the sale of 1924 Coralino Drive, Henderson, Nevada 89074 (property)[1] for $503,500.[2] The government will accept this offer with this Court's approval. The property had estimates of $546,700, $562,938, and $557,909 as of December 6, 2023.[3] However, after Casutt removed the refrigerator and closed off the pipe that fed water into the refrigerator's icemaker machine and after the United States

---

[1] 1924 Coralino Drive, Henderson, Nevada 89074 is more particularly described as:
PARCEL I:
LOT TWO (2) IN BLOCK TWO (2) OF SILVER MILL – PHASE 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 47 OF PLATS, PAGE 8, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
PARCEL II:
NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, AND SUCH OTHER PURPOSES AS ARE REASONABLY NECESSARY FOR THE USE AND ENJOYMENT OF SAID LAND, AS THE SAME ARE SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED NOVEMBER 25, 1987 IN BOOK 871125 OF OFFICIAL RECORDS AS DOCUMENT NO. 00480 AND AS THE SAME ARE SUBSEQUENTLY AMENDED FROM TIME TO TIME, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 178-17-514-002.
[2] Order Granting Motion for Interlocutory Sale of 1924 Coralino Drive, Henderson, Nevada 89704 (Order), ECF No. 247.
[3] Order, ECF No. 247.

Treasury's contractors took physical custody and possession of the property, at some point thereafter, the pipe leaked and damaged all the wood flooring on the first floor.[4] The United States Treasury wishes to sell the property "as is" under the Interlocutory Sale Order[5] and the Amended Final Forfeiture Order.[6]

This Motion is made and is based on the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, and attached exhibits.

## Motion and Memorandum of Points and Authorities

Based on the government-provided sealed information from the United States Treasury private contractors, this Court denied the motion to accept the Sale Price without prejudice.[7] IRS-CI and United States Treasury subsequently chose Doug Sawyer, CRS, GRI, Broker, and Salesman, to sell the property which was listed at $490,000.

According to Mr. Sawyer, after he listed the property, he received multiple offers from the walk-throughs of the property. The United States Treasury and IRS-CI accepted the buyer who offered $503,500, cleared the background check, and accepted the court approval process.[8]

If this Court approves the sale price, the proceeds will be accounted for and distributed according to the law.

Under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property were extinguished and are not recognized as to Casutt and all potential third parties, including the following individuals and entities:

1. Skyler's C. F. Foundation, Inc., and all officers including Brandon Casutt, Mitchell Kent Casutt, Nana Casutt, Seann T. Spradling, and Zachary Casutt;

---

[4] Exhibit (Ex.) 1, pictures of property damage, all exhibits attached hereto and incorporated herein by reference as if fully set forth herein.
[5] Order, ECF No. 247.
[6] Amended Final Forfeiture Order (AFFO), ECF No. 223.
[7] Order Denying Sale Approval, ECF No. 263.
[8] Ex. 2, Sale Contract, filed under seal to protect personally identifiable information under Fed. R. Crim. P. 49.1.

2. The Casutt family, including Brandon Casutt, Nana Casutt, Zachary Casutt, Madi Casutt, and Mitchell Casutt;

3. The Village of Silver Springs Community Association;

4. City of Henderson, including City of Henderson Mayor, City of Henderson Utility Services, City of Henderson Clerk, and City of Henderson Attorney;

5. Clark County, Nevada, including the following offices and officers, Clark County District Attorney, Clark County Treasurer, Clark County Recorder, Clark County Clerk, Clark County Water District, Clark County Commission, Clark County Board of Commissioners, and Clark County Assessor;

6. Sky Design;

7. Cross River Bank;

8. Small Business Administration; and

9. Southern Nevada Water Authority.[9]

According to the IRS-CI, the government has determined (1) neither the buyer nor any individual who will be on the title after the completion of the sale is a felon; and (2) this sale represents an arms-length transaction in which no agent for the defendant is involved in this sale.

Dated: June 23, 2025.

SIGAL CHATTAH
United States Attorney
/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES CHIEF DISTRICT JUDGE

DATED: July 14, 2025

---

[9] AFFO, ECF No. 223.

3